OPINIONS OF THE SUPREME COURT OF OHIO
The full texts of the opinions of the Supreme Court of Ohio are being transmitted electronically beginning May 27, 1992, pursuant to a pilot project implemented by Chief Justice Thomas J. Moyer.

Please call any errors to the attention of the Reporter's Office of the Supreme Court of Ohio.  Attention:  Walter S. Kobalka, Reporter, or Deborah J. Barrett, Administrative Assistant.  Tel.:  (614) 466-4961; in Ohio 1-800-826-9010. Your comments on this pilot project are also welcome.

NOTE:  Corrections may be made by the Supreme Court to the full texts of the opinions after they have been released electronically to the public.  The reader is therefore advised to check the bound volumes of Ohio St.3d published by West Publishing Company for the final versions of these opinions. The advance sheets to Ohio St.3d will also contain the volume and page numbers where the opinions will be found in the bound volumes of the Ohio Official Reports.

Candle et al., Appellants, v. Consolidated Rail Corporation et al., Appellees.
[Cite as Candle v. Consol. Rail Corp. (1994),     Ohio St.3d  .]
Torts -- Negligence -- Federal Railroad Safety Act and Highway
     Safety Act do not preempt state law over negligence suits
     alleging a failure to maintain adequate grade crossing
     warning devices.
     (No. 93-2317 -- Submitted May 11, 1994 -- Decided June 15, 1994.)
     Appeal from the Court of Appeals for Mahoning County, No. 92 C.A. 18.

     Aronson, Fineman & Davis Co., L.P.A., Kellie S. Kontnier and William J. Davis; C. Bruce Williams; Landskroner & Phillips Co., L.P.A., and Lawrence Landskroner, for appellants.
     Vogelgesang, Howes, Lindamood & Brunn and Philip E. Howes, for appellee Consolidated Rail Corporation.
     James A. Philomena, Mahoning County Prosecuting Attorney, and Kathi McNabb, Assistant Prosecuting Attorney, for appellee Board of Commissioners of Mahoning County.

     The judgment on appeal is reversed and the cause is remanded to the trial court on authority of Carpenter v. Consol. Rail Corp. (1994), 69 Ohio St.3d 259,     N.E.2d    .
     Moyer, C.J., A.W. Sweeney, Douglas, Wright,  Resnick, F.E. Sweeney and Pfeifer, JJ., concur.